| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO<br>201 LA PORTE AVENUE, SUITE 100<br>FORT COLLINS, CO  80521-2761<br>PHONE:  (970) 498-6100 | **EFILED Document**<br>**CO Larimer County District Court 8th JD**<br>**Filing Date: Dec 15 2010 10:59AM MST**<br>**Filing ID: 34873173**<br>**Review Clerk: Ellen Ring** |
| STEPHEN T. BURNETT,<br><br>Plaintiff(s)<br><br>V.<br><br>COUNTRY MUTUAL INSURANCE COMPANY,<br><br>Defendant(s) | ⚜ FOR COURT USE ⚜<br>_____<br><br>Case No. 10CV1025<br><br>Courtroom 5A |
| **CASE STATUS ORDER** | |

TO: PLAINTIFF'S COUNSEL

This case was filed more than 30 days ago and the file does not contain a return of service for all Defendants.  If service has been obtained, counsel for Plaintiff should file same forthwith.  If service has not been obtained, counsel should advise the Court in writing within 20 days as to the status of the case, and when service is expected to be had on Defendants.

FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THIS CASE BEING DISMISSED FOR FAILURE TO PROCEED.

Dated:  December 15, 2010

BY THE COURT

_____
Terence A. Gilmore
District Court Judge