| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO<br>201 LA PORTE AVENUE, SUITE 100<br>FORT COLLINS, CO  80521-2761<br>PHONE:  (970) 498-6100 | **EFILED Document**<br>**CO Larimer County District Court 8th JD**<br>**Filing Date: Feb 16 2011  8:30AM MST**<br>**Filing ID: 35979088**<br>**Review Clerk: JD Schneider** |
| **Plaintiff:** STEPHEN T. BURNETT<br><br>v.<br><br>**Defendant:** COUNTRY MUTUAL INSURANCE CO | ▲ FOR COURT USE ▲<br>_____<br>Case No. 10CV1025<br><br>Courtroom 3C |
| **DELAY PREVENTION/CASE STATUS ORDER** | |

This action is before the Court on a *sua-sponte* judicial review.

Counsel is hereby ordered to take the following action(s) in this matter within thirty (30) days of the date of this Order:

File a status report regarding the status of the case.

SO ORDERED February 16, 2011.

BY THE COURT:

_/s/ Stephen E. Howard_
Stephen E. Howard
District Court Judge