IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01316-RPM

STEPHEN T. BURNETT,

      Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

      Defendant.

---

ORDER GRANTING ORDER TO WITHDRAW/DISMISS CLAIMS

---

      Upon consideration of the Unopposed Motion to Withdraw/Dismiss Plaintiff's Fourth (Outrageous Conduct) and Fifth (CCPA) Claims for Relief [12] filed January 19, 2012, it is

      ORDERED that the motion is granted and the Fourth and Fifth Claims for Relief as set forth in the Complaint are dismissed.

      Dated:   January 20th,  2012

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior District Judge