IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01316-RPM

STEPHEN T. BURNETT,

    Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

---

ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT

---

    Upon review of the defendant's motion for summary judgment, filed March 15, 2012, and the plaintiff's motion for partial summary judgment, filed the same date, the Court finds and concludes that the issues in this case require trial and will not be resolved on these summary judgment motions. Accordingly, it is

    ORDERED that the defendant's motion for summary judgment and the plaintiff's motion for partial summary judgment are denied and the case will proceed with the pretrial conference scheduled for April 17, 2012.

    Dated:   March 30th, 2012

                                                       BY THE COURT:

                                                       s/Richard P. Matsch
                                                       _____
                                                       Richard P. Matsch, Senior District Judge