**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                June 22, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-01316-RPM

| | |
|---|---|
| STEPHEN T. BURNETT, | Jeremy A. Sitcoff |
| | Nelson A. Waneka |
| Plaintiff, | |
| v. | |
| COUNTRY MUTUAL INSURANCE COMPANY, | Brendan O. Powers |
| | Todd R. Scadina |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Pretrial Conference**

**10:52 a.m.**     **Court in session.**

Counsel state they have scheduled mediation for July 27, 2012.

Discussion regarding defendant's position with respect to the payment provision of the policy and the status of plaintiff's rebuilding efforts.

Discussion regarding issue of policy interpretation, jury instructions, fact stipulations (no. 5 stricken in PTO), experts and fact witnesses.

Counsel state all witnesses will appear in person but Mr. Burnett, Sr. may be by written deposition.

**Court states it will determine whether punitive damages will be submitted to the jury after hearing the evidence at trial. Plaintiff's expert witness Professor Allen will not be permitted to testify.**

**ORDERED:**     **Plaintiff's Motion for Leave to Amend the Complaint to Add a Claim for Punitive Damages [24] is moot.
Defendant's trial brief and jury instructions due August 22, 2012.
Plaintiff's response brief due September 12, 2012.
5 day jury trial scheduled November 5, 2012.
Pretrial Order signed.**

**11:30** a**.m.**     **Court in recess.**

Hearing concluded.  Total time: 38 min.