IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01316-RPM

STEPHEN T. BURNETT,

    Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER SETTING TRIAL DATE

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **November 5, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

Dated:   June 22nd, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          Richard P. Matsch, Senior District Judge