IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01316-RPM

STEPHEN T. BURNETT,

    Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

Dated: September 17th, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge